FILED
June 19, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )
                                )     Case No.  3:07-mj-12 CMK
            Plaintiff,          )
v.                              )     ORDER FOR RELEASE
                                )     OF PERSON IN CUSTODY
Vern Ellesbury,                 )
                                )
            Defendant.          )

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Vern Ellesbury</u> Case <u>3:07-mj-12 CMK</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __  Release on Personal Recognizance

  __  Bail Posted in the Sum of _____

  __  Unsecured bond

  __  Appearance Bond with 10% Deposit

  __  Appearance Bond secured by Real Property

  __  Corporate Surety Bail Bond

  X   (Other) <u>PTS conditions/supervision</u> *w/ drug testing*

Issued at  <u>Sacramento, CA</u>  on <u>6/19/07</u>    at  2:25 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge