1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   VERN SCOTT ELLESBURY
7

8

9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,       ) Mag. No. 3:07-MJ-0012
                                   )
14            Plaintiff,           )
                                   ) **STIPULATION AND ORDER EXTENDING**
15     v.                          ) **TIME FOR PRELIMINARY HEARING**
                                   )
16 VERN SCOTT ELLESBURY,           )
                                   ) Date:  July 9, 2007
17            Defendant.           ) Time:  2:00 p.m.
                                   ) Judge: Hon. Edmund F. Brennan
18 _____ )

19

20     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendant, Vern Scott Mayfield, though their counsel,
22 that the preliminary hearing scheduled for July 9, 2007, at 2:00 p.m.,
23 may be continued to August 27, 2007, at 2:00 p.m.
24     The United States has yet to determine whether to file formal
25 charges against Mr. Ellesbury and a number of unresolved circumstances
26 will affect that decision.  Mr. Ellesbury is willing to afford the
27 government additional time to consider its options and therefore consents
28 to extending the time limits set forth in Federal Rule of Criminal

1  Procedure 5.1.  The parties agree that their ongoing discussions
2  constitute good cause to extend the time for preliminary hearing.  The
3  parties further agree that the time within which an indictment or
4  information must be filed may be extended to August 27, 2007, and time
5  under the Speedy Trial Act excluded to that date, pursuant to 18 U.S.C.
6  § 3161(h)(8)(A) and (B)(iv), to afford both parties reasonable additional
7  time to prepare.

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Public Defender

Dated: June 28, 2007         /s/ T. Zindel
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for VERN SCOTT ELLESBURY

                                      McGREGOR SCOTT
                                      United States Attorney

Dated: June 28, 2007         /s/ T. Zindel for K. Reardon
                                      KYLE REARDON
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

## O R D E R

21      The preliminary hearing is continued to August 27, 2007, at 2:00
22  p.m.  Time is extended pursuant to Rule 5.1 and excluded under the Speedy
23  Trial Act through that date for the reasons stated above and by agreement
24  of the parties.
25      IT IS SO ORDERED.
26  Dated: June 28, 2007

                                        HON. EDMUND F. BRENNAN
                                      United States Magistrate Judge