```
McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | GOVERNMENT'S MOTION TO DISMISS COMPLAINT AND ORDER |
| Plaintiff, | |
| v. | |
| VERN SCOTT ELLESBURY, | Case No.: 07-mj-0012 CMK |
| Defendant. | |

The United States of America, by and through its undersigned attorneys, hereby applies to the Court, pursuant to Rule 48(a) of the <u>Federal Rules of Criminal Procedure</u>, for leave to dismiss without prejudice the Complaint filed on June 18, 2007, as to defendant Vern Scott Ellesbury.

Dated: August 27, 2007           McGREGOR W. SCOTT
                                  United States Attorney


                              By: */s/ Kyle Reardon*
                                  KYLE REARDON
                                  Assistant U.S. Attorney

1

<u>O R D E R</u>

Upon Application of the United States and good cause appearing therefore:  IT IS HEREBY ORDERED that the Complaint filed on June 18, 2007, against defendant Vern Scott Ellesbury in the above-captioned case is dismissed without prejudice.

DATED: August 27, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/ellesbury0012.ord